UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
:
RACHEL HUBBARD,                                                  :
:
            Plaintiff,                                       :
:  08 Civ. 7228 (GEL)
  -against-                                                     :
:  **ORDER**
NO PARKING TODAY, INC.,                                          :
:
            Defendant.                                       :
:
-----------------------------------------------------------------x

GERARD E. LYNCH, District Judge:

    Following a status conference held today, it is hereby ORDERED that:

1. Dispositive motions, if any, shall be filed by September 21, 2009, and opposition papers due October 13, 2009.

2. The parties shall file a joint pretrial order by October 13, 2009.

3. All voir dire, requests to charge, and related documents shall be filed by October 13, 2009.

4. All motions *in limine* shall be filed by October 13, 2009, with responses, if any, due October 19, 2009.

5. There shall be a joint pre-trial conference on October 20, 2009, at 10:30 a.m.

6. Trial shall begin at 9:30 a.m. on November 2, 2009.

SO ORDERED.

Dated: New York, New York
       August 7, 2009

                                                              GERARD E. LYNCH
                                                             United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/10/09