**Marino & Veneziano**
ATTORNEYS AT LAW
**163 West 71st Street**
**New York, New York 10023**

| | | |
|---|---|---|
| **Amelio P. Marino** | (212) 873-7297 | Fax: (212) 721-9060 |
| **Ronald J. Veneziano** | (212) 873-7298 | |

_____

July 12, 2010

Theresa Sgobba
Law clerk to Judge Batts

                                        Re- 08CV7228 (DAB)
                                        Hubbard vs. No parking today

       Please be advised that I received your "E-mail" regarding the above matter.

       According to my records, the defendant has not filed any summary judgement motions nor have I received any motions for summary judgement.

       I assume that the "E-mail" is for information purposes.

       Please advise me accordingly.

                                                          Respectfully,

                                                           _____
                                                           Amelio P. Marino